IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| DOUGLAS JOSEPH CHYATTE, | CV 16-00042-H-DLC-JTJ |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MONTANA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

FILED
NOV 21 2016
Clerk, U S District Court
District Of Montana
Missoula

Pursuant to the Joint Stipulation to Dismiss filed by the parties (Doc. 53),

**IT IS ORDERED** that the above-entitled cause of action is hereby

**DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court shall terminate all pending motions and close this matter.

DATED this 21st day of November, 2016.

Dana L. Christensen, Chief Judge
United States District Court